

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-21-00162-CV |
| | § | Appeal from the |
| A.G. and K.G., | § | 65th District Court |
| MINOR CHILDREN. | § | of El Paso County, Texas |
| | § | (TC# 2020DCM4548) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF JANUARY, 2022.

GINA M.PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.